UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
Shiva Stein,                       :
                                   :
                                   :      21 CV 6248 (LAP)
              Plaintiff(s),        :
                                   :         **ORDER**
     -against-                     :
                                   :
                                   :
Lydall, Inc., et al.,              :
              Defendant(s).        :
                                   :
----------------------------------x

LORETTA A. PRESKA, Senior United States District Judge:

    Counsel shall confer and inform Judge Preska by letter no later than December 17, 2021 of the status of the action/remaining claims/defendants.

SO ORDERED.

*[signature: Loretta A. Preska]*

LORETTA A. PRESKA,

Senior U.S.D.J.

Dated: 12/8/2021

New York, New York